401 A.2d 365
COMMONWEALTH of Pennsylvania, Appellee,

v.

Leonard EDWARDS, Appellant.

Supreme Court of Pennsylvania.

Argued April 29, 1979.

Decided May 21, 1979.

Mitchell S. Lipschutz, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., Nancy D. Hasser, Philadelphia, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO and LARSEN, JJ.

## OPINION

PER CURIAM:

Judgment of sentence affirmed.